UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMEO LOREE GARRETT,<br><br>  Plaintiff,<br><br>  v.<br><br>STONE, et al.,<br><br>  Defendants. | No. 2:21-cv-1476 AC P<br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. ECF No. 1. Plaintiff has not, however, filed a properly completed in forma pauperis application[1] with a certified copy of his trust account statement or paid the required filing fee of $350.00 plus the $52.00 administrative fee.[2] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided a second and final opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $402.00.

////

---

[1] The letter plaintiff has filed which discusses her financial status (ECF No. 7) is not a proper in forma pauperis application. In addition, plaintiff's subsequently filed in forma pauperis application (ECF No. 8) is incomplete.

[2] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $52.00 administrative fee.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided by the Clerk of Court with a certified copy of his trust account statement, or the required fees in the amount of $402.00.

Plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed, and

2. The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: September 27, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2