UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMEO LOREE GARRETT,<br><br>          Plaintiff,<br><br>     v.<br><br>STONE, et al.,<br><br>          Defendants. | No.  2:21-cv-01476 KJM AC P<br><br>FINDINGS AND RECOMMENDATIONS |

      Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On September 27, 2021, plaintiff was ordered to file a completed in forma pauperis affidavit and a certified copy of his prison trust account statement, or, in the alternative to pay the filing fee.  See ECF No. 10.  Plaintiff was given thirty days within which to do so.  See id. at 2.  At that time, plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed.  See id.  The thirty-day period has now expired, and plaintiff has not filed the required documents, nor has he responded to the court's order in any way.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be DISMISSED without prejudice.

////

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 12, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE