UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMEO LOREE GARRETT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STONE, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-1476 KJM AC P<br><br><br>ORDER |

　　　Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On November 15, 2021, the magistrate judge issued findings and recommendations, which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. *See* ECF No. 11. Plaintiff has not filed objections to the findings and recommendations.

　　　Although it appears from the file that Plaintiff's copy of the order was returned to the Court as undeliverable, Plaintiff was properly served. It is the Plaintiff's responsibility to keep the Court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective. In addition, the sixty-three-day

////

period within which to file a change of address after served documents have been returned to the Court has expired.  *See* Local Rule 183(b).

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations issued November 15, 2021 (ECF No. 11), are ADOPTED in full;

2.  This action is DISMISSED without prejudice, and

3.  This case is CLOSED.

DATED:  February 22, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

2